```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00897
   SUE ANN LEWIN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6203
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/18/07 and confirmed on 04/04/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $   1575.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 3075.07 | 93.68 | 1180.01 |
| ADULT MEDICINE | UNSECURED | 155.39 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BRIX INC | UNSECURED | NOT FILED | .00 | .00 |
| CAROLYN BRONKE WEND DDS | UNSECURED | NOT FILED | .00 | .00 |
| CASH2DAY 4U | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH OF ILLIN | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 414.24 | .00 | .00 |
| GROVE DENTAL ASSOCIATES | SPECIAL CLASS | 700.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 497.35 | .00 | .00 |
| PHYSICIANS BILLING OFFIC | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL ECAN DDS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSECURED | 148.17 | .00 | .00 |
| OPTEL | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANK VISA | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | NOT FILED | .00 | .00 |
| DAKOTA STATE BANK/REWARD | UNSECURED | 398.76 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SUDHIR M GOKHALE MD         SPECIAL CLASS NOT FILED              .00          .00
PLAINS COMMERCE BANK        UNSECURED         331.34             .00          .00
UNIVERSAL FIDELITY CORP     UNSECURED      NOT FILED             .00          .00
WATERMARK PHYSICIANS        UNSECURED      NOT FILED             .00          .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3075.07          .00      2645.25         .00      5720.32
PRINCIPAL PAID       1180.01          .00           .00        .00      1180.01
INTEREST PAID          93.68          .00           .00        .00         93.68
TOTAL PAID           1273.69          .00           .00        .00      1273.69
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $    500.00  direct and $    245.20  through the plan.

The Trustee received $      56.11 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/11/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE